sion, First Department. October 22, 1915.) Action by Hugo H. Piesen against Ethel M. Mitchell and others. J. E. Roeser, of New York City, for appellants. B. Fliashnick, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1135.

PIESEN, Respondent, v. MITCHELL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Hugo H. Piesen against Ethel M. Mitchell and others. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1134.

PINALS, Appellant, v. SCHOENFELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Louis Pinals against Philip Schoenfeld and the Schoenfeld Construction Company, Incorporated, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PITTSBURGH–WESTMORELAND COAL CO., Respondent, v. KERR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by the Pittsburgh-Westmoreland Coal Company against John K. Kerr and others. No opinion. Judgment and order affirmed, with costs. See, also, 135 N. Y. Supp. 1088.

PLYMOUTH RUBBER CO., Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Plymouth Rubber Company against David Goldstein and another. D. Goldstein, of New York City, for appellants. E. J. Myers, of New York City, for respondent. No opinion. Judgment and order filed.

PORTER, Respondent, v. MUNICIPAL GAS CO. OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by John T. Porter against the Municipal Gas Company of the City of Albany. No opinion. Motion granted. See, also, 155 N. Y. Supp. 633.

PREMINGER, Respondent, v. HECKER-JONES–JEWELL MILLING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Mina Preminger, as administratrix, against the Hecker-Jones-Jewell Milling Company. Joseph F. Murray, of New York City, for appellant. L. B. Boudin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRAGER et al., Respondents, v. BARCLAY, Appellant, et al. FRIEND v. SAME (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by William Prager and others and by Banned Friend against Maud B. Barclay, impleaded with others. W. M. Mullen, of New York City, for appellant. A. Pfeiffer, of New York City,

for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PRAINO v. PELOSO et al. (Supreme Court, Appellate Division, Third Department. November 11, 1915.) In the matter of the claim of Domenico Praino for compensation under the Workmen's Compensation Law against Dominico Peloso and Mary G. Peloso, employers, and the Massachusetts Bonding & Insurance Company, insurance carrier. No opinion. Award unanimously affirmed.

PRIEM v. BORDEN'S CONDENSED MILK CO. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Albert Priem against the Borden's Condensed Milk Company. No opinion. Application denied, with $10 costs. Order signed.

PROFITOS et al., Appellants, v. COMERMA, Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by John Profitos and another against John Comerma. No opinion. Application denied, without costs.

In re PRUYN. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) In the matter of the final judicial settlement of the account of Frederick F. Pruyn, as administrator, etc., of Dewitt C. Holland, deceased.

PER CURIAM. Motion granted, the administrator having agreed in open court that if the contestants will file objections to the account, or more accurately an answer, he will stipulate that they may at any time during the trial of the proceeding amend the answer in any respect that they deem meet, to charge the administrator in any way that occurs to them, and that the counsel for said administrator will not interpose objection to the form or substance of any question they seek to ask said administrator.

In re PUBLIC SERVICE COMMISSION, FIRST DIST. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) In the matter of the application of the Public Service Commission for the First District, etc., relative to acquiring land at the foot of Montague street, etc., wherein the Public Service Commission and the City of New York, appeal.

PER CURIAM. Motion granted.
MILLS, J., not voting.

PURCELL, Respondent, v. HICKEY, Appellant, et al. (three cases). (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by John F. Purcell, as administrator, etc., against Barbara E. Hickey, as administratrix, etc., impleaded with others. A. J. Ernest, of New York City, for appellant. B. J. Tinney, of New York City, for respondent. No opinion. Judgments affirmed, with costs. Orders filed. See, also, 167 App. Div. 923, 152 N. Y. Supp. 1138.

QUECK–BERNER, Appellant, v. WARD BAKING CO., Respondent. (Supreme Court, Appellate Division, Second Department. No-